

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00264-CR

Lovell Demar **GOLDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR3881
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 2, 2025.

_____
Rebeca C. Martinez, Chief Justice